

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00489-CV

Marcus Everette **HARPER**,
Appellant

v.

**TEXAS TECH HEALTH SCIENCE CENTER**,
Appellee

From the 251st Judicial District Court, Potter County, Texas
Trial Court No. 97,305-C
The Honorable Ana Estevez, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. This opinion and order disposes of all motions filed by appellant that are pending before this court. It is ORDERED that no costs be assessed against appellant because he qualifies as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on September 23, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_____
Keith E. Hottle, Clerk